**Date signed May 05, 2005**



_Paul Mannes_
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

|  |  |  |
|---|---|---|
| IN RE: | : | |
| | : | |
| DARLENE WATTS JORDAN | : | Case No. 04-37955PM |
| | : | Chapter 13 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

### MEMORANDUM OF DECISION

This case comes before the court on the motion filed by Edward V. Hanlon, Debtor's counsel, seeking an order vacating this court's Order entered March 31, 2005, limiting counsel's fee to $350.00.  Counsel's 2016(b) Statement of Compensation reflected he had charged $1,455.00 for this case and received $795.00.  The matter came on for hearing, and counsel explained that he limited all charges to the Debtor to $1,195.00.  The court is satisfied from the statement of counsel and the Memorandum in support of his motion that a fee of $1,195.00 is appropriate.  However, the court notes that the hearing on May 3, 2005, need not have taken place had counsel responded to the court's Order to Justify Fee.  Inasmuch as there was no complaint from the Debtor, the court will grant the relief sought.

cc:
Edward V. Hanlon, Esq., 5510 Cherrywood Lane, Suite G, Greenbelt, MD 20770
Darlene Watts Jordan, 578 Wilson Bridge Drive, Apt. B-1, Oxon Hill, MD 20745
Timothy P. Branigan, Esquire, P.O. Box 1902, Laurel MD 20725-1902

### End of Memorandum